# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2014

148471(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY CLIFFORD GATES,
      Defendant-Appellant.

SC: 148471
COA: 316975
Calhoun CC: 07-002155-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2014



Clerk

p0825